Carl R. Rodrigues, OSB #82456
crodrigues@lrlawnw.com
LEHNER & RODRIGUES, P.C.
1500 S.W. First Avenue, Suite 900
Portland, OR  97201
Telephone:  (503) 226-2225
FAX: (503) 226-2418
    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SEAN SULLIVAN, ) | Case No. 3:16-cv-00426-SB |
| ) | |
|     Plaintiff, ) | **ORDER OF DISMISSAL WITH** |
| v. ) | **PREJUDICE AND WITHOUT COSTS** |
| ) | **TO ANY PARTY** |
| SCOTTSDALE INSURANCE COMPANY, ) | |
| ) | |
|     Defendant. ) | |

    THIS MATTER having come on before the Court on the parties' Stipulated Motion to Dismiss With Prejudice.  Based on the stipulation of the parties, the Stipulated Motion to Dismiss With Prejudice is hereby granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1  - ORDER OF DISMISSAL WITH PREJUDICE
          AND WITHOUT COSTS TO ANY PARTY

This matter is hereby dismissed with prejudice and without costs to any party, including all of Plaintiff's claims against Defendants.

IT IS SO ORDERED.

DATED this __19th__ day of __September__, 2016.

_____
United States ~~District Court~~ Magistrate Judge

Page 2 - ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS TO ANY PARTY

LEHNER & RODRIGUES, P.C.
Attorneys at Law
1500 SW First Avenue, Suite 900
Portland, Oregon 97201
Telephone (503) 228-2225